# United States Bankruptcy Court
Northern    District Of    Illinois

In re _____Jessie McClinton_____,    Case No. 08-32402
              Debtor

Chapter    7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __75.00__     Check one  ☑ With the filing of the petition, or
                                  ☐ , On or before _____

$ __75.00__    on or before __December 28, 2008__

$ __75.00__    on or before __January 28, 2008__

$ __74.00__    on or before __February 28, 2008__

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _____    _____
                                                                   *United States Bankruptcy Judge*